DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Connor v. Harless<br><br>Case below:<br>176 N.C. App. 402 | No. 162P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-355) | Denied<br>01/25/07<br><br>**Hudson, J., Recused** |
| Ellis v. International Harvester Co.<br><br>Case below:<br>179 N.C. App. 741 | No. 580P04-2 | 1. Plt's NOA Based Upon a Constitutional Question (COA04-1114)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1.Dismissed *Ex Mero Motu*<br>01/25/07<br><br>2. Denied<br>01/25/07 |
| Franklin v. Wiggins<br><br>Case below:<br>179 N.C. App. 434 | No. 496P06 | Plt's Motion for "NOA" (COA05-1205) | Dismissed *Ex Mero Motu*<br>01/25/07 |
| Hall v. Toreros, II, Inc.<br><br>Case below:<br>176 N.C. App. 309 | No. 187P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-199) | Allowed<br>01/25/07 |
| Hy-Tech Constr., Inc. v. Wake Cty. Bd. of Educ.<br><br>Case below:<br>178 N.C. App. 389 | No. 419P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-884) | Denied<br>01/25/07<br><br>**Hudson, J., Recused** |
| In re A.W.M.<br><br>Case below:<br>176 N.C. App. 766 | No. 231P06 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA05-886) | Denied<br>01/25/07 |
| In re M.C., R.C.<br><br>Case below:<br>179 N.C. App. 653 | No. 557P06 | Respondent's (Ray C.) PDR Under N.C.G.S. § 7A-31 (COA06-158) | Denied<br>01/25/07 |
| In re R.D.R.<br><br>Case below:<br>175 N.C. App. 397 | No. 061P06 | Appellant's PDR Under N.C.G.S. § 7A-31 (COA05-651) | Denied<br>01/25/07 |
| In re Will of Yelverton<br><br>Case below:<br>178 N.C. App. 267 | No. 376P06-2 | 1. Caveator's (Mansel Yelverton) Petition for Writ of Supersedeas (COA05-771 & 772)<br><br>2. Caveator's (Mansel Yelverton) PWC to Review Order of Wayne County Superior Court | 1. Denied<br>01/25/07<br><br>2. Denied<br>01/25/07<br><br>**Hudson, J., Recused** |